## BEL OIL CORP. *v.* COCREHAM, COLLECTOR OF REVENUE OF LOUISIANA.

No. 123.   Decided October 8, 1962.

*Howard B. Gist* for appellant.

*Chapman L. Sanford* for appellee.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.

MR. JUSTICE GOLDBERG took no part in the consideration or decision of this case.

## UNITED STATES *v.* BROWN ET AL.

No. 128.   Decided October 8, 1962.

*Solicitor General Cox, Assistant Attorney General Loevinger* and *Lionel Kestenbaum* for the United States.

PER CURIAM.

The judgment is reversed.   *United States* v. *Wise,* 370 U. S. 405.

MR. JUSTICE GOLDBERG took no part in the consideration or decision of this case.